**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Reubina J Hibbert** | JOINT DEBTOR: | | CASE NO.: **14-19088** |
| Last Four Digits of SS# **xxx-xx-0254** | Last Four Digits of SS# | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ **1,090.00**  for months **1** to **36** ;
B.  $ _____  for months ___ to ___ ;
C.  $ _____  for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00**   TOTAL PAID $ **0.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Caliber Home Loans, In**   Arrearage on Petition Date  $ **8,000.00**
   Address: **Po Box 2461; Oklahoma City, OK 73124**
   Arrears Payment $ **222.22** /month (Months **1** to **36**)
   Account No: _____
   Regular Payment $ **750.00** /month (Months **1** to **36**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due  $ _____
Payable   $ _____ /month   (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **18.69** /month (Months **1** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Reubina J Hibbert**
**Reubina J Hibbert**
Debtor

Date: **May 13, 2014**