UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
**REUBINA J. HIBBERT**    CASE NO.: 14-19088-PGH
    **CHAPTER**: 13

**Debtor**
_____/

## MOTION TO COMPEL DEBTOR TO CONFORM TO DEBTOR'S CONFIRMED SIXTH AMENDED CHAPTER 13 PLAN [55]

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **Wells Fargo Delaware Trust Company, N.A., as Trustee for Vericrest Opportunity Loan Trust 2OII-NPL1** ("Movant"), its successors and or assigns, by and through the undersigned counsel, and moves this honorable Court for an Order Compelling the Debtor to Conform to Debtor's Confirmed Sixth Amended Chapter 13 Plan, or in the alternative, confirm relief from the automatic stay, pursuant to 11 USC §362(d). In support thereof, Movant states as follows:

1. On April 22, 2014, Reubina J. Hibbert (the "Debtor") filed for relief under Chapter 13 of the Bankruptcy Code.

2. On December 15, 2014, Debtor filed First *Ex Parte* Verified Motion for Referral to Mortgage Modification mediation with lender Caliber Home Loans [DE 44].

3. On December 18, 2014, this Court entered an Order Denying Debtor's First *Ex Parte* Verified Motion for Referral to Mortgage Modification mediation with lender Caliber Home Loans [DE 50] indicating multiple deficiencies within the Motion.

4. On February 4, 2015, Debtor filed a Second *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation with Lender Caliber Home Loans [DE 54].

5. On February 9, 2015, Debtor filed a Sixth Amended Chapter 13 Plan [DE 55] reflecting the Debtor's intention to seek Mortgage Modification Mediation.

6. On February 19, 2015, this Court entered an Order Confirming the Sixth Amended Chapter 13 Plan [DE 60].

7. As of the date of filing this Motion, the Debtor has failed to upload an Order Granting the Second *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation.

16-00046

8.      Movant requests this Court enter an Order Compelling the Debtor to Conform to Debtor's Confirmed Sixth Amended Chapter 13 Plan.

9.      Movant requests that this matter be set for hearing.

10.     Movant reserves the right to amend and/or supplement this Motion, as necessary.

**WHEREFORE,** Movant respectfully requests the Court enter an order:

a) Compelling the Debtor to comply with Debtor's Confirmed Sixth Amended Chapter 13 Plan.

b) Granting such further relief as the Court deems just and appropriate.

Scott Lewis, Esq..
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

By: /s/ Scott Lewis, Esq.
Scott Lewis
Florida Bar No.: 112064

16-00046

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 2nd day of September, 2016.

Reubina J. Hibbert
5295 Harriet Place
West Palm Beach, FL 33407

Latonia Jackson, Esq.
Law Office of LaTonia D. Jackson, P.A.
P.O. Box 261153
Miami, FL 33126

Robin R Weiner
(Trustee)
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Scott Lewis, Esq..
    **Albertelli Law**
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743 ext. 2603
    Facsimile: (813) 221-9171
    bkfl@albertellilaw.com

    By: /s/ Scott Lewis, Esq.
    Scott Lewis
    Florida Bar No.: 112064

16-00046